UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN BEAN TECHNOLOGIES
CORPORATION                                                                                           PLAINTIFF

v.                                        No. 2:15-CV-02211

MORRIS & ASSOCIATES, INC.                                                                    DEFENDANT

## JUDGMENT

Pursuant to the orders entered in this case on this date and on June 19, 2018 (Doc. 110), this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 6th day of September, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE